UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

ARTHUR E. TAYLOR, JR.,           )
                                 )
              Petitioner,        )
                                 )
        vs.                      )        No. 4:06CV1633-DJS
                                 )
DAVE DORMIRE,                    )
                                 )
              Respondent.        )

<u>ORDER</u>

This matter is before the Court upon the report and recommendation of the United States Magistrate Judge, recommending that petitioner Arthur E. Taylor, Jr.'s petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 be denied. The Court has granted petitioner over four months of additional time to file objections to the magistrate's report and recommendation. The most recent extension allowed petitioner until July 1, 2010 to file his objections. To date, no objections have been filed.

Upon careful consideration of the report and recommendation of the United States Magistrate Judge, and the lack of objections thereto,

**IT IS HEREBY ORDERED** that the magistrate judge's report and recommendation [Doc. #22] is accepted and adopted.

Dated this ____9th_____ day of July, 2010.


/s/Donald J. Stohr_____
UNITED STATES DISTRICT JUDGE